IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

FILED
OCT 01 2024
JOAN KANE, CLERK
U.S. DIST. COURT, WESTERN DIST. OKLA.
BY_____EKW_____, DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. CR 24-439 G |
| -vs- ) | |
| ) | |
| AMANDA CHRISTINE DAILEY, ) | Violations: 18 U.S.C. § 505 |
| ) | 18 U.S.C. § 1014 |
| Defendant. ) | |

## INDICTMENT

The Federal Grand Jury charges:

### Introduction

At all times relevant to this Indictment:

1. **AMANDA CHRISTINE DAILEY** was a resident of Oklahoma City, Oklahoma. On August 18, 2022, **DAILEY** filed a petition for Chapter 13 bankruptcy in United States Bankruptcy Court for the Western District of Oklahoma.

2. Communications Federal Credit Union ("CFCU") was a federal financial institution with branches throughout Oklahoma and Kansas, the accounts and deposits of which were insured by the National Credit Union Administration ("NCUA").

3. Car Dealership 1 was a motor vehicle dealership in the Western District of Oklahoma that sold new and pre-owned vehicles.

4. On or about September 11, 2023, while her bankruptcy case was still ongoing, **DAILEY** purchased a new vehicle from Car Dealership 1 that was financed, in part, with a loan from CFCU.

## COUNT 1
### (Forging the Signature of a Federal Judge)

5. The Federal Grand Jury incorporates Paragraph 1 by reference.

6. In or about September 2023, in the Western District of Oklahoma, —————————— **AMANDA CHRISTINE DAILEY** —————————— knowingly forged the signature of Judge Sarah A. Hall, Chief United States Bankruptcy Judge for the Western District of Oklahoma, for the purpose of authenticating a document in a matter before that Court. In particular, **DAILEY** forged a Court order purporting to show discharge of Chapter 13 bankruptcy proceedings in Case No. 22-11860-JDL, which were then pending before the United States Bankruptcy Court for the Western District of Oklahoma.

All in violation of Title 18, United States Code, Section 505.

## COUNT 2
### (False Statement to a Credit Union)

7. The Federal Grand Jury incorporates Paragraphs 1-4 by reference.

8. In or about September 2023, in the Western District of Oklahoma,

2

------------------------ AMANDA CHRISTINE DAILEY ------------------------

knowingly made a false statement for the purpose of influencing the action of CFCU, a federal credit union insured by the NCUA. In particular, **DAILEY** presented a forged Court order purporting to show the discharge of Chapter 13 bankruptcy proceedings in Case No. 22-11860-JDL to obtain financing for a new car purchase, knowing that the Court order was false and that a discharge had not been granted.

All in violation of Title 18, United States Code, Section 1014.

A TRUE BILL:

*/s/ Foreperson*

FOREPERSON OF THE GRAND JURY

ROBERT J. TROESTER
United States Attorney

*/s/ Julia E. Barry*

JULIA E. BARRY
Senior Litigation Counsel